PROB 35                  **ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:02CR00085-01** |
| ) | |
| **JAY AUSTIN** ) | |
| ) | |

On August 8, 2002, the above-named was placed on Probation for a period of five years. Mr. Jay Austin has complied with the rules and regulations of supervision. It is accordingly recommended that Jay Austin be discharged from probation.

Respectfully submitted,

/s/ Lori V. Clanton

for  **MICHAEL A. SIPE**
**Senior United States Probation Officer**

Dated: August 11, 2006
       Roseville, California
       MAS:jc

**REVIEWED BY:**   /s/ Lori V. Clanton
            for  **RICHARD A. ERTOLA**
                  **Supervising United States Probation Officer**

**Re:   Jay AUSTIN**
**Docket Number:   2:02CR00085-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee, Jay Austin, be discharged from probation, and that the proceedings in the case be terminated.

**Dated:** August 21, 2006.

UNITED STATES MAGISTRATE JUDGE

MAS/jc
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office